

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Sheila
Diane Fisher and Darrell Wayne Fisher

No. 06-20-00101-CV

Appeal from the 429th District Court of
Collin County, Texas (Tr. Ct. No. 429-
00005-2019).    Memorandum    Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that each party bear its own costs incurred by reason of this appeal.

RENDERED APRIL 6, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk